1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SALMA ORTIZ, | Case No. CV 15-6448-BRO (GJS) |
|---|---|
| Plaintiff | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) Plaintiff's request for an order remanding this case is DENIED;

(2) The decision of the Commissioner is AFFIRMED; and

1     (3) Judgment shall be entered dismissing this action.

3     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6     IT IS SO ORDERED.

7     DATED: September 15, 2016     _____

8                                               HON. BEVERLY REID O'CONNELL
                                                United States District Judge