1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA ORTIZ,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commission of Social Security,<br><br>　　　　Defendant. | Case No. CV 15-6448-BRO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 15, 2016

_____
HON. BEVERLY REID O'CONNELL
United States District Judge